IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Maple Leaf Food, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 2:10-cv-115 |
| North Dakota Sow Center, LLLP, d/b/a | ) | |
| Viking Sow and d/b/a Turtle Mountain, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the parties' Stipulation for Dismissal. (Doc. # 130). Upon consideration, the Court **ADOPTS** the stipulation and **ORDERS** that the matter be dismissed with prejudice and without costs, fees, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2013

      /s/   Ralph R. Erickson
Ralph R. Erickson, Chief District Judge
United States District Court